UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 02-20437-CR-KING

18 USC 2422(b)

MAGISTRATE JUDGE
O'SULLIVAN

UNITED STATES OF AMERICA

v.

DONALD KENT

_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about May 6, 2002, in Miami-Dade County, in the Southern District of Florida, the defendant,

**DONALD KENT,**

did knowingly and intentionally by means of a facility of interstate commerce, that is, by computer via the Internet, attempt to persuade, induce, entice, and coerce a person who has not attained the age of 18 years to engage in a sexual activity for which any person can be charged with a criminal offense; in violation of Title 18, United States Code, Section 2422(b).

A TRUE BILL

_____
FOREPERSON

_____
GUY A. LEWIS
UNITED STATES ATTORNEY

_____
YVONNE RODRIGUEZ-SCHACK
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. 02-20437 CR-KING
MAGISTRATE JUDGE
O'SULLIVAN

v.

DONALD KENT

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**

**Court Division:** (Select One)

_X_ Miami  ___ Key West
___ FTL    ___ WPB  ___ FTP

New Defendant(s)         Yes ___   No ___
Number of New Defendants     ___
Total number of counts       ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No) __NO__
   List language and/or dialect _____

4. This case will take __3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)

   I    0 to 5 days      _X_     Petty     ___
   II   6 to 10 days     ___     Minor     ___
   III  11 to 20 days    ___     Misdem.   ___
   IV   21 to 60 days    ___     Felony    _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No) __No__
   If yes:
   Judge: _____     Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) __Yes__
   If yes:
   Magistrate Case No. __02-2624-DUBE__
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of __5/6/02__
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No) __No__

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No   If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

YVONNE RODRIGUEZ-SCHACK
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0794686

*Penalty Sheet(s) attached

REV.6/27/00

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

02-20437 CR-KING

MAGISTRATE JUDGE
O'SULLIVAN

Defendant's Name: <u>DONALD KENT</u>           Case No: _____

| Count #: | I: | USING THE INTERNET IN AN ATTEMPT TO INDUCE A MINOR TO ENGAGE IN CRIMINAL SEXUAL ACTIVITY |
|---|---|---|
| | | Title 18, United States Code, Section 2422(b) |
| *Max Penalty: | | Fifteen (15) years' imprisonment |

*Refers only to possible terms of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

**02-20437-CR-KING**

MAGISTRATE JUDGE
O'SULLIVAN

# UNITED STATES DISTRICT COURT

Southern District of Florida

_____ Division

THE UNITED STATES OF AMERICA

vs.

DONALD KENT

## INDICTMENT
In violation of:
18 U.S.C. § 2422(b)

A true bill.

_[signed]_
Foreman

Filed in open court this _____ day of _____ A.D. 2002

02-03(MIA)

_[signed]_ Whitney 5/16/02
Clerk

Bail, $ _____

Federal Grand Jury
Indictment Number
0203-MCN-33



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 02-2624-Dubé

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DONALD KENT,

        Defendant.
_____/

### DEFENDANT'S INVOCATION OF
### RIGHT TO SILENCE AND COUNSEL

The defendant named above does hereby invoke his rights to remain silent and to counsel with respect to any and all questioning or interrogation, regardless of the subject matter, including, but not limited to, matters that may bear on or relate to arrest, searches and seizures, bail, pretrial release or detention, evidence at trial, guilt or innocence, forfeitures, or that may be relevant to sentencing, enhanced punishments, factors applicable under the U. S. Sentencing Guidelines, restitution, immigration status or consequences resulting from arrest or conviction, appeals or other post-trial proceedings.

The defendant requests that the U. S. Attorney ensure that this invocation of rights is honored, by forwarding a copy of it to all law enforcement agents, government officials, or



employees associated with the investigation of any matters relating to the defendant. Any contact with the defendant must be made through the defendant's lawyer, undersigned counsel.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

BY: _____
Vincent P. Farina
Assistant Federal Public Defender
Florida Bar No. 0784370
150 West Flagler Street
Suite 1700
Miami, Florida 33130-1555
Tel: 305-530-7000
Fax: 305-536-4559

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been served via U.S. Mail upon the United States Attorney's Office, 99 N. E. 4th Street, Miami, Florida 33132-2111, this ___ day of May, 2002.

_____
Vincent P. Farina

J:\Kent, Donald Reg68606-004\Pleadings\SILENCE.MOT

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

APPEARANCE BOND: $50,000 PSB

CASE NO.: 02-2624-R.L.D.

UNITED STATES OF AMERICA
    Plaintiff,

v.

Donald Kent,
    Defendant,

FILED by ___ D.C.
MAG. SEC.
5/7/2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

I, the undersigned defendant and I or we, the undersigned sureties, jointly and severally acknowledge that we and our personal representatives, jointly and severally, are bound to pay the United States of America, the sum of $ 50,000 PSB.

### STANDARD CONDITIONS OF BOND

The conditions of this bond are that the defendant:

1. Shall appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of the defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment. This is a continuing bond, including any proceeding on appeal or review, which shall remain in full force and effect until such time as the court shall order otherwise.

2. May not at any time, for any reason whatever, leave the Southern District of Florida or other District to which the case may be removed or transferred after he or she has appeared in such District pursuant to the conditions of this bond, without first obtaining written permission from the court, except that a defendant ordered removed or transferred to another district may travel to that district as required for court appearances and trial preparation upon written notice to the Clerk of this court or the court to which the case has been removed or transferred. The Southern District of Florida consists of the following counties: **Monroe, Miami-Dade, Broward, Palm Beach, Martin, St. Lucie, Indian River, Okeechobee, and Highlands.**

3. May not change his or her present address as recorded on page 4 of this bond without prior permission in writing from the court.

4. Is required to appear in court at all times as required by notice given by the court or its clerk to the address on this bond or in open court or to the address as changed by permission from the court. The defendant is required to ascertain from the Clerk of Court or defense counsel the time and place of all scheduled proceedings on the case. In no event may a defendant assume that his or her case has been dismissed unless the court has entered an order of dismissal.

5. Shall not commit any act in violation of state or federal laws.

DEFENDANT: _Donald Kent_
CASE NUMBER: _02-2624-RLD_
PAGE TWO

## SPECIAL CONDITIONS OF BOND

In addition to compliance with the previously stated conditions of bond, the defendant must comply with the special conditions checked below:

✓ a. Surrender all passports and travel documents, if any, to the Pretrial Services Office and not obtain any travel documents during the pendency of the case;
✓ b. Report to Pretrial Services as follows: (✓) as directed or _____ times in person and _____ times by telephone;
___ c. Submit to substance abuse testing and/or treatment as directed by Pretrial Services;
___ d. Refrain from excessive use of alcohol, or any use of a narcotic drug or other controlled substance, as defined in section 102 of the Controlled Substances Act (21 U.S.C. § 802), without a prescription by a licensed medical practitioner;
___ e. Participate in mental health assessment and/or treatment;
___ f. Participate and undergo a sex offense specific evaluation and treatment;
___ g. Maintain or actively seek full-time employment; _No Internet Access / no Computer Access in Home or Public_
___ h. Maintain or begin an educational program;
___ i. Avoid all contact with victims of or witnesses to the crimes charged, except through counsel;
___ j. Refrain from possessing a firearm, destructive device or other dangerous weapons;
___ k. None of the signatories may sell, pledge, mortgage, hypothecate, encumber, etc., any property they own, real or personal, until the bond is discharged, or otherwise modified by the Court;
___ l. May not visit commercial transportation establishment: *airports, seaport/marinas, commercial bus terminals, train stations, etc.*;
___ m. No access to the internet via any type of connectivity device (*i.e. computers, pda's, cellular phones, tv's*), and follow instructions as outlined in the attached agreement waiver provided to you by Pretrial Services;
✓ n. **HOME CONFINEMENT PROGRAM**   The defendant shall participate in one of the following home confinement program components and abide by all the requirements of the program which ( ) will not or (✓) will include electronic monitoring or other location verification system, paid for by the defendant based upon his/her ability to pay ( ) or paid for by Pretrial Services (✓).
  ___ Curfew: You are restricted to your residence every day from _____ to _____, or as directed by the Court.
  ✓ Home Detention: You are restricted to your residence at all times except for: ( ) medical needs or treatment, ( ) court appearances, ( ) attorney visits or court ordered obligations, and ( ) other _Electronic Monitoring_.
___ o. **HALFWAY HOUSE PLACEMENT** The defendant shall reside at a halfway house or community corrections center and abide by all the rules and regulations of the program.
  You are restricted to the halfway house at all times except for: ( ) employment; ( ) education;
  ( ) religious services; ( ) medical, substance abuse, or mental health treatment; ( ) attorney visits;
  ( ) court appearances; ( ) court ordered obligations; ( ) reporting to Pretrial Services; and
  ( ) other _____.
___ p. May travel to and from: _____, and must notify Pretrial Services of travel plans before leaving and upon return.
___ q. Comply with the following additional conditions of bond:
_No unsupervised access to minor(s)_

DEFENDANT: Donald Kent
CASE NUMBER: 02-2624-RLD
PAGE THREE

## PENALTIES AND SANCTIONS APPLICABLE TO DEFENDANT

Violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for the defendant's arrest, a revocation of release, an order of detention, as provided in 18 U.S.C. § 3148, forfeiture of any bail posted, and a prosecution for contempt as provided in 18 U.S.C. § 401, which could result in a possible term of imprisonment or a fine.

The commission of any offense while on pretrial release may result in an additional sentence upon conviction for such offense to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be consecutive to any other sentence and must be imposed in addition to the sentence received for the offense itself.

Title 18 U.S.C. § 1503 makes it a criminal offense punishable by up to five years of imprisonment and a $250,000 fine to intimidate or attempt to intimidate a witness, juror or officer of the court; 18 U.S.C. § 1510 makes it a criminal offense punishable by up to five years of imprisonment and a $250,000 fine to obstruct a criminal investigation; 18 U.S.C. § 1512 makes it a criminal offense punishable by up to ten years of imprisonment and a $250,000 fine to tamper with a witness, victim or informant; and 18 U.S.C. § 1513 makes it a criminal offense punishable by up to ten years of imprisonment and a $250,000 fine to retaliate against a witness, victim or informant, or threaten to do so.

It is a criminal offense under 18 U.S.C. § 3146, if after having been released, the defendant knowingly fails to appear as required by the conditions of release, or to surrender for the service of sentence pursuant to a court order. If the defendant was released in connection with a charge of, or while awaiting sentence, surrender for the service of a sentence, or appeal or certiorari after conviction for:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, the defendant shall be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor, the defendant shall be fined not more that $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence of imprisonment for any other offense. In addition, a failure to appear may result in the forfeiture of any bail posted, which means that the defendant will be obligated to pay the full amount of the bond, which may be enforced by all applicable laws of the United States.

DEFENDANT: Donald Kent
CASE NUMBER: 02-2624-Dube
PAGE FOUR

## PENALTIES AND SANCTIONS APPLICABLE TO SURETIES

Violation by the defendant of any of the foregoing conditions of release will result in an immediate obligation by the surety or sureties to pay the full amount of the bond. Forfeiture of the bond for any breach of one or more conditions may be declared by a judicial officer of any United States District Court having cognizance of the above entitled matter at the time of such breach, and if the bond is forfeited and the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each surety jointly and severally for the amount of the bond, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States.

## SIGNATURES

I have carefully read and I understand this entire appearance bond consisting of four pages, or it as been read to me, and, if necessary, translated into my native language, and I know that I am obligated by law to comply with all of the terms of this bond. I promise to obey all conditions of this bond, to appear in court as required, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions outlined in this bond for violations of the terms of the bond.

If I am an agent acting for or on behalf of a corporate surety, I further represent that I am a duly authorized agent for the corporate surety and have full power to execute this bond in the amount stated.

**DEFENDANT**
Signed this 7 day of May, 20 02, at Miami, Florida.
Signed and acknowledged before me: DEFENDANT:(Signature) [signature]
WITNESS: [signature]                 ADDRESS: 5025 S.W. 74 Terrace
ADDRESS: [illegible]                         Miami FL   ZIP 33143
305-530-7060  ZIP                    TELEPHONE: 305-740-0694
          33141

**CORPORATE SURETY**
Signed this ___ day of _____, 20__, at _____, Florida.
SURETY:_____    AGENT:(Signature)_____
ADDRESS:_____    PRINT NAME:_____
_____ZIP_____      TELEPHONE:_____

**INDIVIDUAL SURETIES**
Signed this__day of____, 20__, at ____, Florida.    Signed this__day of____, 20__, at____, Florida.
SURETY:(Signature)_____            SURETY:(Signature)_____
PRINT NAME:_____              PRINT NAME:_____
RELATIONSHIP TO                                      RELATIONSHIP TO
DEFENDANT:_____              DEFENDANT:_____
ADDRESS:_____              ADDRESS:_____
_____ZIP_____               _____ZIP_____
TELEPHONE:_____              TELEPHONE:_____

**APPROVAL BY COURT**
Date: 4 May 02                   [signature]
                                 UNITED STATES MAGISTRATE JUDGE

DISTRIBUTION: Defendant, Assistant U.S. Attorney, Counsel, U.S. Marshal, Pretrial Services

koia.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 02-2624-Dube

UNITED STATES OF AMERICA

        Plaintiff,

**ORDER ON INITIAL APPEARANCE**
Language English
Tape No. 02H __ 26-969
AUSA Matthew Mandel
Agent _____

v.

DONALD KENT
        Defendant.

DOB: 8/12/48     Reg #68606-004

_____/

The above-named defendant having been arrested on 5/6/02 having appeared before the court for initial appearance on 5/7/02 and proceedings having been held in accordance with **F.R.C.P. 5 or 40(a)**, it is thereupon **ORDERED** as follows:

1. _____ appeared as permanent/temporary counsel of record.
Address: _____
Zip Code: _____ Telephone: _____

2. APPD _____ appointed as permanent counsel of record.
Address: 150 W. Flagler St
Zip Code: 33130  Telephone: 305-530-7000

3. The defendant shall attempt to retain counsel and shall appear before the court at 10:00 A.M. on _____, 2002.

4. Arraignment/Preliminary/Removal/Identity hearing is set for 10am 5/24, 2002.

5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because _____
A detention hearing, pursuant to 18 U.S.C. Section 3142(f), is set for 10am _____, 2002.

6. The defendant shall be release from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142: $50,000 PSB - (No Reg'd)

This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:
  ✓ a. Surrender all passports and travel document to the Pretrial Services Office.
  ✓ b. Report to Pretrial Services as follows: ___ times a week by phone, ___ time a week in person;
    other: as directed
  ___ c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.
  ___ d. Maintain or actively seek full time gainful employment.

Page 1 of 2

<u>   DONALD KENT         </u>

___e. Maintain or begin an educational program.
___f. Avoid all contact with victims of or witnesses to the crimes charged.
___g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
___h. Comply with the following curfew: _____
___i. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.
_✓_j. Comply with the following additional special conditions of this bond: No Internet access, No Computer access on Home or Public, No unsupervised access, Home confinement / Elec mon. paid by PJS

This bond was set: At Arrest _____
                   On Warrant _____
                   After Hearing _____

   If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is ___
_____
_____

____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

   **DONE AND ORDERED** at <u>Miami, Florida</u>, this <u>  7th  </u> day of <u>  May  </u> 2002.

                                          _____
                                          **UNITED STATES MAGISTRATE JUDGE**
                                          **ROBERT L. DUBE'**

c: Assistant U.S. Attorney
   Defendant
   Counsel
   U.S. Marshal
   Pretrial Services/Probation

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 02-2624-RLO

**UNITED STATES OF AMERICA**

vs.

**DONALD KENT**

_____/

FILED by _____ D.C.
MAG. SEC.
5/17
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

## CRIMINAL COVER SHEET

1. Did this case originate from a matter pending in the United States Attorney's Office prior to April 1, 1999?  ____ Yes   _X_ No

2. Did this case originate from a matter pending in the Central Region of the United States Attorney's Office prior to April 1, 1999?  ____ Yes   _X_ No

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

BY: _____
YVONNE RODRIGUEZ-SCHACK
ASSISTANT UNITED STATES ATTORNEY
Florida Bar Number 0794686
99 N. E. 4th Street
Miami, Florida 33132-2111
TEL (305) 961-9014
FAX (305) 530-7976

N:\vsimmons\complain.cov

# United States District Court

_____ SOUTHERN _____ DISTRICT OF _____ FLORIDA _____

UNITED STATES OF AMERICA

V.

DONALD KENT

**CRIMINAL COMPLAINT**

CASE NUMBER: 02-2624-RLO

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about May 6, 2002, in Miami-Dade County, in the Southern District of Florida, the defendant did knowingly use a facility and means of interstate and foreign commerce, that is, a computer through the Internet, to attempt to persuade, induce, entice, or coerce a person who had not attained the age of 18 years to engage in a sexual activity for which any person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2422(b).

I further state that I am a Special Agent and that this complaint is based on the following facts:

**SEE ATTACHED AFFIDAVIT**

_____
TIMOTHY R. DEVINE, SPECIAL AGENT
UNITED STATES SECRET SERVICE
MAY 7, 2002

Sworn to before me, and subscribed in my presence,

MAY 7, 2002 _____ at   Miami, Florida _____
Date                                           City and State

ROBERT L. DUBÈ
UNITED STATES MAGISTRATE JUDGE _____
Name and Title of Judicial Officer                Signature of Judicial Officer

## AFFIDAVIT

I, Timothy R. Devine, being first duly sworn upon oath, do hereby depose and state as follows:

1. I am a Special Agent of the United States Secret Service (USSS) and have been so employed for since April of 1999. I am currently assigned to the Miami Field Office of the USSS. My duties include the investigation of computer fraud and Internet related crimes. I submit this affidavit based upon information known to me personally from investigation, as well as information obtained from others who have investigated this matter and/or have personal knowledge of the facts herein.

2. This is investigation is part of an undercover operation initiated by the Miami Electronic Crimes Task Force. I have participated in this investigation, spoken with other law enforcement agents, and have reviewed documents and transcripts of Internet communications related to this investigation. Because this affidavit is being submitted for a limited purpose of establishing probable cause, I have not included every aspect, fact, or detail of this investigation. I know from my training and experience that "Yahoo" Internet Relay Chat is a computer program that permits individuals with access to the Internet to electronically communicate with each other in real time ("chats"). Users of this program choose names with which to identify themselves ('nicknames" or "screen names") during communications with other users.

3. On 05/06/02, I was signed into the Yahoo Internet Relay Chat on a computer at the United States Secret Service Miami Field Office and utilizing the female undercover name "Hialeahnina13." I entered the Miami Room of Yahoo Internet Relay Chat and was contacted via private message by the user identifying himself as "Longpass58." During this chat, I identified "Hialeahnina13" as a 13-year-old female and "Longpass58" identified himself as a 54-year-old male who resided in Miami.

44



"Longpass58" stated he wanted to meet "Hialeahnina13" for the purpose of engaging in sexual activity and described the sexual activity. Agents arranged to meet "Longpass58" on 05/06/02 at 5:30 P.M. in the parking lot behind the Publix Supermarket, located at the corner of NW 58th street and 107th Avenue in Miami. "Longpass58" stated he would be driving a tan 1985 Toyota Hatchback and wearing a baseball hat. "Hialeahnina13" advised "Longpass58" she would be wearing jeans, a white T-shirt, and a baseball hat.

4. Continuing on 05/06/02, at 5:15 P.M., Agents of this service instituted surveillance of the Publix Supermarket, located at the corner of NW 58th Street and 107th Avenue in Miami. A female undercover Agent, posing as "Hialeahnina13," positioned herself in the parking area behind the Publix Shopping Center. At 5:30 P.M. Agents observed a tan Toyota entering the Publix Shopping Center. The tan Toyota entered the back parking area of the Publix Shopping Center, approached the undercover Agent and stopped in front of the undercover Agent. Agents noticed the driver was wearing a baseball hat. The driver of the tan Toyota asked the undercover Agent "Are you Nina?" Agents approached the vehicle, identified themselves, and detained the driver.

5. The driver, identified as DONALD KENT, age 54, was interviewed at the Miami Field Office. Prior to questioning, KENT was advised of his <u>Miranda</u> rights, which he stated he understood and waived verbally and in writing. KENT stated he utilizes the username "Longpass58" for Yahoo Internet Relay Chat. KENT stated on 05/06/02 he initiated contact on "Yahoo" Internet Relay Chat with "Hialeahnina13" and believed she was a 13-year old or 14-year old female. KENT stated he asked "Hialeahnina13" to meet him for the purpose of engaging in sexual activity. KENT stated he traveled to the Publix Shopping Center to engage in sexual activity with "Hialeahnina13."

2

6. Based upon the conduct described herein, there is probable cause to believe that DONALD KENT knowingly persuaded, induced, enticed and coerced an individual to travel in interstate or foreign commerce to engage in sexual activity for which any person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2422(b).

FURTHER AFFIANT SAYETH NAUGHT

SPECIAL AGENT TIMOTHY DEVINE
UNITED STATES SECRET SERVICE

SWORN TO BEFORE ME
THIS 7th DAY OF MAY, 2002.

ROBERT L. DUBÉ
UNITED STATES MAGISTRATE JUDGE

00.08B

Attachment B

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA ) CASE NUMBER: CR 02-2624-Dube'
Plaintiff )
)
-vs- ) REPORT COMMENCING CRIMINAL
) ACTION
KENT, DONALD )
Defendant ) 68606-004

FILED by M D.C.
MAG. SEC.
5/7/2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

TO: CLERK'S OFFICE (MIAMI) FT. LAUDERDALE W PALM BEACH
U.S. DISTRICT COURT (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.

COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE ENTER N/A.

(1) DATE AND TIME OF ARREST: 5-6-02 — 5:30 a.m/(p.m.)

(2) LANGUAGE(S) SPOKEN: English

(3) OFFENSE(S) CHARGED: 18 USC 2422(B) — Luring, Enticing A minor for the purpose of sexual activity.

(4) UNITED STATES CITIZEN: (X)YES ( )NO ( )UNKNOWN

(5) DATE OF BIRTH: 8-12-48

(6) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
[ ] INDICTMENT [X] COMPLAINT CASE #_____
[ ] BENCH WARRANT FOR FAILURE TO APPEAR
[ ] PAROLE VIOLATION WARRANT
ORIGINATING DISTRICT: Southern Dist. of FL.
COPY OF WARRANT LEFT WITH BOOKING OFFICER? [ ]YES [ ]NO

AMOUNT OF BOND:$_____ WHO SET BOND?_____

(7) REMARKS:_____

(8) DATE: 5-6-02 (9) ARRESTING OFFICER Timothy Devine

(10) AGENCY USSS (11) PHONE # 305-629-1851

(12) COMMENTS_____